AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Om TRIVEDI,<br><br><br>Defendant. | )<br>)<br>)  Case No. 8:22-MJ-817 (CFH)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of December 25, 2022 in the county of Franklin in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | The Defendant, knowingly and in reckless disregard of the fact that aliens have come to, entered, or remained in the United States in violation of law, did transport, move and attempt to transport and move, such aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
Complainant's signature
U.S. Border Patrol Agent Adam M. Matott
Printed name and title

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: December 27, 2022

_____
Judge's signature
Hon. Christian F. Hummel, U.S. Magistrate Judge
Printed name and title

City and State:    Albany, New York

**FILED** DEC 27 2022 — John M. Domurad, U.S. District Court, N.D. of N.Y., Albany

*Continuation Sheet, United States v.* **Om TRIVEDI.**

This criminal complaint is based on the following facts:

On December 25, 2022, at approximately 6:35 p.m., Swanton Sector Dispatch (KAD 640) notified Burke, NY Border Patrol Agents of a series of Buckeye trail camera images showing a group of people walking into the United States along the railroad tracks in Fort Covington, NY. Dispatch was then able to utilize a live feed camera to locate a likely load vehicle sitting in the area. The vehicle was described as a larger, dark colored SUV. The vehicle was parked a couple blocks south of the intersection of High Street. Dispatch continued to monitor the group of people and watched as they entered the road at High Street and started walking south to a clump of trees where they stopped. Dispatch was able to relay that the group consisted of 7 people. At this time the suspected pick-up vehicle began traveling toward their location. Dispatch relayed information as they watched the people load into the vehicle and departed southbound on High Street.

Supervisory Border Patrol Agent (SBPA) Cory White responded to the area and watched as the vehicle pulled off High Street onto State Route 37. SBPA White immediately observed that the vehicle contained several passengers as the windows were clear. SBPA White also noted that the vehicle had Florida Registration LDU J66. As he followed the vehicle, he noticed that the windows fogged up with interior condensation. Due to SBPA White initially observing the windows without fog and subsequently watching them fog up led him to conclude that this vehicle was the same vehicle that dispatch watched pick up the group of illegal entrants just moments before.

SBPA White followed the vehicle to the intersection of State Route 122 and U.S. 11 where a traffic stop was conducted with BPA's Jeremiah Luderman and Jacob Reynolds. SBPA White approached the driver and identified himself as a Border Patrol Agent. He observed that the vehicle contained eight occupants. The driver, Om TRIVEDI, claimed to be from India present in the United States as a nonimmigrant on an F1 Student Visa. The front seat passenger, Gauravkumar PATEL, was determined to be an Indian citizen with no legal status in the U.S. and had just entered the U.S. illegally from Canada. The occupants in the rear of the vehicle were identified as Bharatkumar CHAUDHARI, Niravkumar PATEL, Diya PATEL, Meet PATEL, Anjali SADHU, and Prayag SADHU. When asked their citizenship and immigration status, it was determined that all six rear-seat occupants were Indian citizens who had no legal status in the U.S. and had just entered the U.S. illegally from Canada.

All eight subjects were arrested and transported to the Burke Border Patrol Station for records checks, interviews, and processing. At the station, records checks confirmed that TRIVEDI was an Indian citizen legally present in the U.S. on a F1 Student Visa, and that all seven passengers were Indian citizens with no legal right to be in the U.S.

TRIVEDI was issued *Miranda* warnings and agreed to speak to agents without a lawyer present. BPA Intelligence Nick Bowden and BPA Jacob Reynolds conducted the interview in the English language. In his interview, TRIVEDI stated that he came to New York to tour the New York City area. TRIVEDI stated that a friend named "BRIJESH" contacted him and asked him to pick up seven people at 44 High Street in Fort Covington, NY. TRIVEDI stated that "BRIJESH" was going to pay him "one or two thousand dollars" to pick the seven people up and bring them to Albany, NY. TRIVEDI stated that "BRIJESH" bought him a plane ticket from Chicago to New York. TRIVEDI then stated his flight was canceled, so "BRIJESH" rented the pick-up vehicle for him. TRIVEDI stated he figured this was wrong but wasn't sure of the immigration status of the people he was picking up. TRIVEDI stated he was communicating with the front seat passenger via cell phone prior to the pick-up (Gauravkumar PATEL).